IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Case no. 16-38608 |
| Leonard R. Gargas ) | Chapter 7 |
| ) | Hon. Pamela S. Hollis |
| Debtor. ) | |
| ) | Set for December 22, 2017 at 10:00 a.m. |

# NOTICE OF MOTION

TO: Attached Service List

PLEASE TAKE NOTICE that on December 22, 1, 2017, at 10:00 a.m., I shall appear before the Honorable Pamela S. Hollis at Joliet City Hall, 150 West Jefferson Street, 2nd Floor, Joliet, Illinois, or, in her absence, before any other Judge who may be sitting in her stead, and shall then and there present the **FIRST AND FINAL APPLICATION OF SPECIAL COUNSEL FOR INTERIM COMPENSATION AND REIMBURSEMENT, LIMIT NOTICE AND TO SHORTEN NOTICE,** a copy of which is attached hereto and hereby served upon you.

Cindy M. Johnson, not individually but as
Chapter 7 Trustee of Leonard R. Gargas

/s/    Cindy M. Johnson_____
Chapter 7 Trustee

Cindy M. Johnson
Johnson Legal Group, LLC
140 S. Dearborn Street, Suite 1510
Chicago, Illinois  60603
(312) 345-1306

# CERTIFICATE OF SERVICE

I, Cindy M. Johnson, an attorney, certify that I served true and correct copies of the foregoing notice and document to which it refers to the persons listed on the attached service list via electronic service on those registered in the CM/ECF system and, for those not listed in the CM/ECF system, at the addresses listed, by placing them in envelopes, properly addressed, with proper postage prepaid, and depositing them in the United States Mail Chute at 140 S. Dearborn Street, Chicago, Illinois at or before 5:00 p.m. on December 5, 2017.

__/s/ Cindy M. Johnson

**SERVICE LIST**

**Electronic Mail Notice List**

- Carleen L Cignetto    cignettolaw@gmail.com, lcr67785@notify.bestcase.com
- Robert L Dawidiuk    rdawidiuk@collinslaw.com
- Cindy M. Johnson    cmjtrustee@jnlegal.net, cjohnson@ecf.epiqsystems.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- David C. Nelson    dcnelson@nelsonlawoffice.com, deanna.trejo@nelsonlawoffice.com;nlo6276706ecf@gmail.com;r59384@notify.bestcase.com
- Jordan Olejniczak    jolejniczak@collinslaw.com

**Manual Notice List**

**US Mail**

Leonard R Gargas
23742 Plum Valley Drive
CRETE, IL 60417

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Heartland Bank Trust Company
c/o Collins Law Firm
1770 North Park S #200
Naperville, IL 60563

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA 98083-0788

eCAST Settlement Corporation
PO Box 29262
New York NY 10087-9262

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595

RONALD S GARGAS
10224 Radcliffe Peak Avenue
Las Vegas, NV 89166

LEE H RUSSELL
10004 W 190th PLACE
MOKENA, IL 60448

Steve A Sadowsky
P.O. Box 120
Lansing, IL 60438

Portfolio Recovery Associates, LLC
Successor to CITIBANK, N.A.
(SEARS GOLD MASTERCARD)
POB 41067
Norfolk, VA 23541

Alan D Lasko
Alan D Lasko & Associates Pc
29 South Lasalle Street
Chicago, IL 60603

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
EASTERN DIVISION

| | | |
|---|---|---|
| In Re | ) | Bankruptcy No. _____ |
| | ) | |
| | ) | Chapter  _____ |
| | ) | Hon Pamela Hollis |
| Debtor. | ) | Joliet |

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION**
**(IN CASES UNDER CHAPTERS 7, 11 AND 12)**

Name of Applicant: _____

Authorized to Provide Professional Services to: _____

Date of Order Authorizing Employment: _____

Period for Which Compensation is Sought:
From   _____, _____    through _____, _____

Amount of Fees Sought:    $_____

Amount of Expense Reimbursement Sought:    $_____

This is an:        Interim Application _____              Final Application _____

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date<br>Filed | Period<br>Covered | Total Requested<br>(Fees & Expenses) | Total Allowed<br>(Fees & Expenses) | Fees & Expenses<br> Previously Paid |
|---|---|---|---|---|

Dated:  _____              _____
                                                                          (Cindy M. Johnson, Trustee)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Case no. 16-38608 |
| Leonard R. Gargas ) | Chapter 7 |
| ) | Hon. Pamela S. Hollis |
| Debtor. ) | |
| ) | Set for December 22, 2017 at 10:00 a.m. |

**FIRST AND FINAL APPLICATION OF SPECIAL COUNSEL
FOR INTERIM COMPENSATION AND REIMBURSEMENT, LIMIT NOTICE AND
TO SHORTEN NOTICE**

Carleen L. Cignetto, and the firm of Carleen L. Cignetto, Attorney at Law (collectively "Applicant"), attorneys for Cindy M. Johnson (the "Trustee"), not individually but as Trustee of the estate of Leonard R. Gargas (the "Estate"), pursuant to Sections 330 and 331 of the United States Bankruptcy Code (the "Code"), respectfully applies to this Honorable Court for an award of final compensation and final costs in the amount of $2,257.23 and asks that it grant such other and further relief as the Court upon hearing shall deem just and equitable;

IN SUPPORT WHEREOF, Applicant states, and respectfully urges the Court to find, as follows:

**BACKGROUND**

1. On December 7, 2016 the Debtor filed a Voluntary Petition For Relief, according to the provisions of Chapter 7 of the Code and Trustee was appointed to administer the assets of the Estate.

2. Trustee determined she needed assistance with respect to Trustee's efforts to administer real property located at 3978 Hawthorne Lane, Dyer, IN 46311 (the "Property"), as Trustee required an attorney experienced in handling real estate closings.

3. On May 5, 2017, an order was entered authorizing the employment of Applicant as Special Litigation Counsel for Trustee to perform all legal services necessary or required relating to Trustee's attempts to sell and/or sale of the Estate's interest in real property (the "Employment Date").

4. At the time of her retention, Applicant agreed to represent the Trustee as her legal counsel as aforesaid in consideration of such compensation and reimbursement as the Court might allow upon applications made pursuant to Section 330 or 331 of the Code.

5. Applicant regularly made and kept records of services rendered on behalf of the Estate, including a summary or description of the services rendered; the date the services were rendered; and the time expended to render the services, in one-tenth-hour increments.

6. The records were made by Applicant, at or about the time the services were rendered, by means of entering them into Applicant's billing software program, and by reviewing them on a monthly basis for accuracy after.

7. Under this Application, Applicant is also seeking a final award for reimbursement of expenses incurred on behalf of the Trustee. Details regarding those expenses are set forth later in this application.

## SUMMARY OF SERVICES RENDERED

8. Since the Employment Date, through December 1, 2017 Applicant has rendered 8.0 total hours of service on behalf of the Trustee for which final compensation is sought. All services were rendered by Carleen L. Cignetto at an hourly rate of $250.00 per hour for services to assist Trustee with Trustee's administration/sale of the Property. A chronological summary of the services rendered and expenses incurred is attached hereto is attached hereto, identified as Exhibit A and incorporated herein by reference.

9. Carleen L. Cignetto became licensed as an attorney in 1986 and has She has concentrated her legal practice in the area of debtor bankruptcy, trustee representation, real estate closings, and general litigation.

10. Applicant seeks interim compensation in the amount of $2,000.00 for 8.0 hours of services rendered by Carleen L. Cignetto.

11. The costs incurred by Applicant on behalf of the Trustee are also included in Exhibit A.  These costs are all costs directly related to Applicant's services to the Trustee. These costs include any filing fee, photocopies (at $.26 per copy), and postage.

12. Applicant does not seek reimbursement of expenses incurred for routine postage, facsimile transmissions, local or long distance telephone calls or other such administrative functions, although Applicant has incurred such costs in connection with services it rendered on behalf of the Trustee.

13. Applicant seeks reimbursement for expenses in the amount of $257.23.

## STATEMENTS AS TO OTHER MATTERS

14. All services for which Applicant seeks interim compensation hereunder were rendered by Applicant solely on behalf of the Trustee.

15. The rate of compensation Applicant requests for services rendered to the Trustee is the standard rates other attorneys of similar experience, expertise and reputation generally seek as compensation for comparable services rendered in connection with bankruptcy proceedings within this District.

16. Applicant has no agreement or understanding with any person, firm or entity with respect to any determination about the amount of compensation or reimbursement Applicant shall receive for services Applicant renders or expenses Applicant incurs on behalf of the Trustee.

17. No person, firm or entity has promised to provide Applicant any compensation or reimbursement for services Applicant renders or expenses Applicant incurs on behalf of the Trustee.  The exclusive source of such compensation and reimbursement, if any, shall be the available funds of the Debtor's Estate.

18. Except as permitted by Section 504(b) of the Code, Applicant has neither shared nor agreed to share with any person, firm or entity, any compensation or reimbursement Applicant may receive for services rendered or expenses incurred on behalf of the Trustee.

19. Applicant has provided 17 days notice of this Application to Debtor, Debtor's attorney, all parties entitled to notice who are listed on the CM/ECF service list and all creditors who have filed claims (as the bar date has passed) pursuant to Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure.

20. Since in this Chapter 7 case, more than 90 days has passed since the first date set for the meeting of creditors, this Court has authority to allow notice of this motion to be sent only to the debtors, the United States Trustee, to other parties in interest and to only creditors who have filed claims in this case (there being no creditors who have the right to an extension to file claims). See Rule 2002(h) of the Federal Rules of Bankruptcy Procedure.

**WHEREFORE**, the Applicant, Carleen L. Cignetto and the law firm of Carleen Cignetto, Attorney at Law, respectfully pray this Honorable Court to grant relief, after hearing upon notice as provided by Rule 2002(a)(6) of the Federal Rules of Bankruptcy Procedure, as follows:

**I.** To award Applicant final compensation in the amount of $2,000.00 for hourly fees earned;

**II.** To allow Applicant reimbursement of costs expended in the amount of $257.23;

**III.** To direct the Trustee to disburse said fees and costs to Applicant promptly;

**IV.** Authorizing under Rule 2002(h) of the Federal Rules of Bankruptcy Procedure that notice of this application need only to have been sent to debtors, the United States Trustee, to other parties in interest and to only creditors who have filed claims in this case and finding that the notice that has been sent is, therefore, sufficient;

**V.** Notice is shortened to the 17 days' notice given of this motion to Debtor, Debtor's counsel, U.S. Trustee, and to all creditors who have filed claim, and said notice is deemed adequate; and

**VI.** To grant the Applicant such other and further relief as the Court upon hearing shall deem just and equitable.

                    Respectfully Submitted,
                    CARLEEN L. CIGNETTO and the law firm of
                    CARLEEN L. CIGNETTO, ATTORNEY AT LAW

                    BY: /s/ Carleen L. Cignetto

Carleen L. Cignetto
Carleen L. Cignetto, Attorney at Law
2 Dearborn Square, #2
Kankakee, IL 60901
(815) 937-5530

**Carleen L. Cignetto, Attorney at Law**
2 DEARBORN SQ STE 2
KANKAKEE, IL 60901
(815)9375530
cignettolaw@gmail.com

# INVOICE

**BILL TO**
Leonard Gargas
140 S Dearborn, Suite 1510
Chicago, IL 60603

**INVOICE #** 1544
**DATE** 07/17/2017
**DUE DATE** 07/17/2017
**TERMS** Due on receipt

| DATE | ACTIVITY | AMOUNT |
|---|---|---|
| 05/19/2017 | Services<br>Drafted Addendum to Sales Contract 1.0 hrs | 250.00 |
| 05/19/2017 | Services<br>Drafted Addendum to Listing Agreement 1.0 | 250.00 |
| 07/14/2017 | Services<br>Phone conversation Bank of Hegwisch regarding lien pay off .5hr | 125.00 |
| 07/14/2017 | Services<br>Letter to Bank of Hegewisch requesting pay off .2hr | 50.00 |
| 07/15/2017 | Services<br>Drafted Motion to Sell 2.0 | 500.00 |
| 07/15/2017 | Postage<br>Motion to Sell 33X .49 | 16.17 |
| 07/15/2017 | Copy costs<br>231 pages X..26 | 60.06 |
| 07/17/2017 | Court Costs<br>Motion to Sell filing fee | 181.00 |
| 07/19/2017 | Services<br>various emails with Brokers etc 2.0 | 500.00 |
| 07/21/2017 | Services<br>Court appearance Motion to Sell .3hr | 75.00 |
| 07/26/2017 | Services<br>Letter to Bank of Hegewisch 2nd pay off request .2 hr | 50.00 |
| 07/26/2017 | Services<br>Phone conversation with Broker regarding obtaining pay off from Bank of Hegewisch .1 hr | 25.00 |
| 08/04/2017 | Services<br>Phone conversation with title officer regarding closing figures and proper disbursement .5hrs | 125.00 |
| 11/20/2017 | Services<br>Prepared and filed report of Sale .2hrs | 50.00 |


Exhibit A

BALANCE DUE $2,257.23