# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Leonard R Gargas | § | Case No. 16-38608 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 12/07/2016 . The undersigned trustee was appointed on 12/07/2016 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 219,000.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 20,748.98 |
| Bank service fees | | 1,376.80 |
| Other payments to creditors | | 91,230.46 |
| Non-estate funds paid to 3rd Parties | | 33,054.06 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 72,589.70 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 08/22/2017 and the deadline for filing governmental claims was 08/22/2017 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 12,547.30 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 12,547.30 , for a total compensation of $ 12,547.30 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 104.16 , for total expenses of $ 104.16 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/23/2018             By: /s/Cindy M. Johnson, Trustee
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 16-38608 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Cindy M. Johnson, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Leonard R Gargas | | | | Date Filed (f) or Converted (c): | 12/07/2016 (f) |
| | | | | | 341(a) Meeting Date: | 01/12/2017 |
| For Period Ending: | 10/23/2018 | | | | Claims Bar Date: | 08/22/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 23742 Plum Valley Drive Crete Il 60417-0000 Will | 235,000.00 | 0.00 | | 0.00 | FA |
| 2. 2978 Hawthorne Lane Dyer In 46311-0000 Lake | 108,500.00 | 81,156.73 | | 219,000.00 | FA |
| 3. 2005 Chevy Equinox Mileage: 200,000 | 2,400.00 | 0.00 | | 0.00 | FA |
| 4. 2 Beds, Tv, Sofa, Kitchen Utensils | 400.00 | 0.00 | | 0.00 | FA |
| 5. Necessary Wearing Apparel | 300.00 | 0.00 | | 0.00 | FA |
| 6. Cash | 100.00 | 0.00 | | 0.00 | FA |
| 7. First Savings Bank Of Hegewesch | 594.06 | 0.00 | | 0.00 | FA |
| 8. First Savings Bank Of Hegewesch | 366.22 | 0.00 | | 0.00 | FA |
| 9. First National Bank Of Illinois Ridge Road In Lansing, Il | 135.22 | 0.00 | | 0.00 | FA |
| 10. Nisource Share | 200.00 | 0.00 | | 0.00 | FA |
| 11. Columbia Pipeline Group | 200.00 | 0.00 | | 0.00 | FA |
| 12. Ira At | 0.00 | 0.00 | | 0.00 | FA |
| 13. Estate Of Loretta Gargas. Only Known Asset Is Real Estate Li | 0.00 | 0.00 | | 0.00 | FA |
| 14. IRA: Farmer's New World (u) | 7,678.00 | 0.00 | | 0.00 | FA |
| 15. IRA: Jackson National (u) | 12,774.00 | 0.00 | | 0.00 | FA |
| 16. office equipment: 3 computers, printer, two desks, two offic (u) | 1,500.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $370,147.50  $81,156.73  $219,000.00  $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Trustee sold debtor's share of non-homestead real estate per court approval 7/21/17 (doc. 44). Trustee investigated investments and tax refunds and found no value for the estate.

Exhibit A

| | | | |
|---|---|---|---|
| RE PROP # | 2 | -- | order authorizing sale entered 7/21/17 (doc. 44)- debtor owned a divided 2/3 interest in the real estate |
| RE PROP # | 7 | -- | Debtor amended Schedule C 11/16/17 to fully exempt this asset. |
| RE PROP # | 8 | -- | Debtor amended Schedule C 11/16/17 to fully exempt this asset. |
| RE PROP # | 9 | -- | Debtor amended Schedule C 11/16/17 to fully exempt this asset. |
| RE PROP # | 10 | -- | Debtor amended Schedule C 11/16/17 to fully exempt this asset. |
| RE PROP # | 11 | -- | Debtor amended Schedule C 11/16/17 to fully exempt this asset. |
| RE PROP # | 12 | -- | same as assets 14 and 15 that were added on amendment to properly list this asset |
| RE PROP # | 13 | -- | The only asset of this estate was what is listed at asset number 2. |

Initial Projected Date of Final Report (TFR): 05/25/2018    Current Projected Date of Final Report (TFR): 05/25/2018

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 16-38608 | Trustee Name: Cindy M. Johnson, Trustee |
| Case Name: Leonard R Gargas | Bank Name: BOK Financial |
| | Account Number/CD#: XXXXXX0462 |
| | Checking |
| Taxpayer ID No: XX-XXX8361 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/23/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/08/17 | | Chicago Title Company LLC<br>142 E. Lincoln Highway<br>Schererville, IN 46375 | Sale of Real Property | | $76,575.54 | | $76,575.54 |
| | | | Gross Receipts $219,000.00 | | | | |
| | | Seller Paid Closing Costs | Closing Costs ($3,000.00) | 2500-000 | | | |
| | | County Property Taxes 2017 | County property taxes 2017 ($1,282.62) | 2820-000 | | | |
| | | Chicago Title Company Charges | Title Charges ($1,172.00) | 2500-000 | | | |
| | | First Savings Bank of Hegewisch | Payoff of First Mortgage Loan to First Savings Bank of Hegewisch ($91,230.46) | 4110-000 | | | |
| | | Berkshire Hathaway HomeServices Executive | Real Estate Commission- Buyer's Realtor to Berkshire Hathaway HomeServices Executive Realty ($5,475.00) | 3510-000 | | | |
| | | Hallow Homes | Real Estate Commission- Seller's Realtor to Hallow Homes ($5,475.00) | 3510-000 | | | |
| | | Recording and Transfer Charges to Chicago Title Company | Recording fees ($75.00) | 2500-000 | | | |
| | | 16/17 November tax- Lake County | 16/17 November tax installment to Lake County Treasure ($1,071.32) | 2820-000 | | | |
| | | Deed Prep POA- Chicago title | Deep Prep for POA to Chicago Title Company ($100.00) | 2500-000 | | | |
| | | Home Warranty | Home Warranty Invoice to HMS Home Warranty ($489.00) | 2500-000 | | | |
| | | 1/6 of proceeds to Shirley Kouba | 1/6 of proceeds to Shirley Kouba ($16,527.03) | 8500-002 | | | |
| | | 1/6 of proceeds to Ronald Gargas | 1/6 of proceeds to Ronald Gargas ($16,527.03) | 8500-002 | | | |
| | 2 | | 2978 Hawthorne Lane Dyer In 46311-0000 Lake $219,000.00 | 1110-000 | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UST Form 101-7-TFR (5/1/2011) *(Page: 5)* | | | Page Subtotals: | | $76,575.54 | $0.00 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 16-38608 | Trustee Name: | Cindy M. Johnson, Trustee |
| --- | --- | --- | --- |
| Case Name: | Leonard R Gargas | Bank Name: | BOK Financial |
| | | Account Number/CD#: | XXXXXX0462 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX8361 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/23/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/31/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $77.10 | $76,498.44 |
| 09/29/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $110.03 | $76,388.41 |
| 10/31/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $113.53 | $76,274.88 |
| 11/30/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $109.71 | $76,165.17 |
| 12/28/17 | 101 | Carleen L Cignetto<br>CARLEEN L CIGNETTO<br>2 DEARBORN SQUARE<br>SUITE 2<br>KANKAKEE, IL 60901 | Attorney fees | 3210-000 | | $2,000.00 | $74,165.17 |
| 12/28/17 | 102 | Carleen L Cignetto<br>CARLEEN L CIGNETTO<br>2 DEARBORN SQUARE<br>SUITE 2<br>KANKAKEE, IL 60901 | Attorney expenses | 3220-000 | | $220.27 | $73,944.90 |
| 12/29/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $113.20 | $73,831.70 |
| 01/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $110.48 | $73,721.22 |
| 02/15/18 | 103 | International Sureties, LTD<br>Suite 420<br>701 Poydras St<br>New Orleans, LA 70139 | 2018 Blanket Bond | 2300-000 | | $26.77 | $73,694.45 |
| 02/26/18 | 104 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 19053<br>Springfield, Illinois 62794-9035 | Distribution | 2820-000 | | $362.00 | $73,332.45 |

| UST Form 101-7-TFR (5/1/2011) *(Page: 6)* | | Page Subtotals: | $0.00 | $3,243.09 |
| --- | --- | --- | --- | --- |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 16-38608 | Trustee Name: Cindy M. Johnson, Trustee |
| Case Name: Leonard R Gargas | Bank Name: BOK Financial |
| | Account Number/CD#: XXXXXX0462 |
| | Checking |
| Taxpayer ID No: XX-XXX8361 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/23/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/28/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $98.95 | $73,233.50 |
| 03/30/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $108.98 | $73,124.52 |
| 04/30/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $105.17 | $73,019.35 |
| 05/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $108.52 | $72,910.83 |
| 06/29/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $104.87 | $72,805.96 |
| 07/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $108.21 | $72,697.75 |
| 08/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $108.05 | $72,589.70 |

| | | |
|---|---|---|
| COLUMN TOTALS | $76,575.54 | $3,985.84 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $76,575.54 | $3,985.84 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $76,575.54 | $3,985.84 |

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0462 - Checking | $76,575.54 | $3,985.84 | $72,589.70 |
|  | $76,575.54 | $3,985.84 | $72,589.70 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $142,424.46 |
| Total Net Deposits: | $76,575.54 |
| Total Gross Receipts: | $219,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-38608  
Debtor Name: Leonard R Gargas  
Claims Bar Date: 8/22/2017  

Date: October 23, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 99 8500 | 1/6 of proceeds to Ronald Gargas | Administrative | | $0.00 | $16,527.03 | $16,527.03 |
| 99 8500 | 1/6 of proceeds to Shirley Kouba | Administrative | | $0.00 | $16,527.03 | $16,527.03 |
| 100 2100 | Cindy M. Johnson<br>140 S. Dearborn St., Suite 1510<br>Chicago, Illinois 60603<br>CMJtrustee@jnlegal.net | Administrative | | $0.00 | $12,547.30 | $12,547.30 |
| 100 2200 | Cindy M. Johnson<br>140 S. Dearborn St., Suite 1510<br>Chicago, Illinois 60603<br>CMJtrustee@jnlegal.net | Administrative | | $0.00 | $104.16 | $104.16 |
| 100 2500 | Recording and Transfer Charges to Chicago Title Company | Administrative | | $0.00 | $75.00 | $75.00 |
| 100 2500 | Chicago Title Company Charges | Administrative | | $0.00 | $1,172.00 | $1,172.00 |
| 100 2500 | Seller Paid Closing Costs | Administrative | | $0.00 | $3,000.00 | $3,000.00 |
| 100 2500 | Deed Prep POA- Chicago title | Administrative | | $0.00 | $100.00 | $100.00 |
| 100 2500 | Home Warranty | Administrative | | $0.00 | $489.00 | $489.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-38608
Debtor Name: Leonard R Gargas
Claims Bar Date: 8/22/2017

Date: October 23, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2820 | Illinois Department of Revenue Bankruptcy Section P.O. Box 19035 Springfield, Illinois 62794-9035 | Administrative | | $0.00 | $0.00 | $362.00 |
| 100 2820 | 16/17 November tax- Lake County | Administrative | | $0.00 | $1,071.32 | $1,071.32 |
| 100 2820 | County Property Taxes 2017 | Administrative | | $0.00 | $1,282.62 | $1,282.62 |
| 100 3210 | Carleen L Cignetto CARLEEN L CIGNETTO 2 DEARBORN SQUARE SUITE 2 KANKAKEE, IL 60901 cignettolaw@gmail.com | Administrative | order approving at doc. 48 | $0.00 | $2,000.00 | $2,000.00 |
| 100 3220 | Carleen L Cignetto CARLEEN L CIGNETTO 2 DEARBORN SQUARE SUITE 2 KANKAKEE, IL 60901 cignettolaw@gmail.com | Administrative | order approving at doc. 48 | $0.00 | $257.23 | $220.27 |
| 100 3410 | Alan D. Lasko & Associates, P.C. 205 West Randolph Street Suite 1150 Chicago, Illinois 60606 alasko@adlassoc.com | Administrative | | $0.00 | $3,098.50 | $3,098.50 |
| 100 3420 | Alan D. Lasko & Associates, P.C. 205 West Randolph Street Suite 1150 Chicago, Illinois 60606 alasko@adlassoc.com | Administrative | | $0.00 | $28.74 | $28.74 |
| 100 3510 | Berkshire Hathaway HomeServices Executive | Administrative | | $0.00 | $5,475.00 | $5,475.00 |
| 100 3510 | Hallow Homes | Administrative | | $0.00 | $5,475.00 | $5,475.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-38608                                                                                     Date: October 23, 2018
Debtor Name: Leonard R Gargas
Claims Bar Date: 8/22/2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 1 300 7100 | Heartland Bank Trust Company<br>C/O Collins Law Firm<br>1770 North Park S #200<br>Naperville, Il 60563 | Unsecured | | $130,000.00 | $122,756.86 | $122,756.86 |
| 2 300 7100 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Unsecured | | $15,186.00 | $15,186.59 | $15,186.59 |
| 3 300 7100 | Quantum3 Group Llc As Agent For<br>Moma Funding Llc<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Unsecured | | $219.00 | $219.00 | $219.00 |
| 4 300 7100 | Ecast Settlement Corporation<br>Po Box 29262<br>New York Ny 10087-9262 | Unsecured | | $13,261.00 | $13,261.92 | $13,261.92 |
| 5 300 7100 | Capital One, N.A.<br>C O Becket And Lee Llp<br>Po Box 3001<br>Malvern, Pa 19355-0701 | Unsecured | | $1,001.00 | $1,001.28 | $1,001.28 |
| 6 300 7100 | Cavalry Spv I, Llc<br>500 Summit Lake Drive, Ste 400<br>Valhalla, Ny 10595 | Unsecured | | $3,935.00 | $3,935.38 | $3,935.38 |
| 7 300 7100 | Ronald S Gargas<br>10224 Radcliffe Peak Avenue<br>Las Vegas, Nv 89166 | Unsecured | | $21,198.00 | $23,198.05 | $23,198.05 |
| 8 300 7100 | Lee H Russell<br>10004 W 190Th Place<br>Mokena, Il 60448 | Unsecured | | $10,831.48 | $10,831.48 | $10,831.48 |
| 9 300 7100 | Steve A Sadowsky<br>P.O. Box 120<br>Lansing, Il 60438 | Unsecured | | $35,577.65 | $38,465.63 | $38,465.63 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-38608  
Debtor Name: Leonard R Gargas  
Claims Bar Date: 8/22/2017  
Date: October 23, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 10 300 7100 | Portfolio Recovery Associates, Llc Successor To Citibank, N.A. (Sears Gold Mastercard) Pob 41067 Norfolk, Va 23541 | Unsecured | | $3,481.88 | $3,481.88 | $3,481.88 |
| 400 4110 | First Savings Bank of Hegewisch | Secured | | $0.00 | $91,230.46 | $91,230.46 |
| | Case Totals | | | $234,691.01 | $392,798.46 | $393,123.50 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-38608
Case Name: Leonard R Gargas
Trustee Name: Cindy M. Johnson, Trustee

| | |
|---|---|
| Balance on hand | $ 72,589.70 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | First Savings Bank of Hegewisch | $ 91,230.46 | $ 91,230.46 | $ 91,230.46 | $ 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 72,589.70 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Cindy M. Johnson | $ 12,547.30 | $ 0.00 | $ 12,547.30 |
| Trustee Expenses: Cindy M. Johnson | $ 104.16 | $ 0.00 | $ 104.16 |
| Attorney for Trustee Fees: Carleen L Cignetto | $ 2,000.00 | $ 2,000.00 | $ 0.00 |
| Attorney for Trustee Expenses: Carleen L Cignetto | $ 220.27 | $ 220.27 | $ 0.00 |
| Accountant for Trustee Fees: Alan D. Lasko & Associates, P.C. | $ 3,098.50 | $ 0.00 | $ 3,098.50 |
| Accountant for Trustee Expenses: Alan D. Lasko & Associates, P.C. | $ 28.74 | $ 0.00 | $ 28.74 |
| Other: County Property Taxes 2017 | $ 1,282.62 | $ 1,282.62 | $ 0.00 |
| Other: Seller Paid Closing Costs | $ 3,000.00 | $ 3,000.00 | $ 0.00 |
| Other: Chicago Title Company Charges | $ 1,172.00 | $ 1,172.00 | $ 0.00 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: Recording and Transfer Charges to Chicago Title Company | $ 75.00 | $ 75.00 | $ 0.00 |
| Other: 16/17 November tax- Lake County | $ 1,071.32 | $ 1,071.32 | $ 0.00 |
| Other: Deed Prep POA- Chicago title | $ 100.00 | $ 100.00 | $ 0.00 |
| Other: Home Warranty | $ 489.00 | $ 489.00 | $ 0.00 |
| Other: Berkshire Hathaway HomeServices Executive | $ 5,475.00 | $ 5,475.00 | $ 0.00 |
| Other: Hallow Homes | $ 5,475.00 | $ 5,475.00 | $ 0.00 |
| Other: Illinois Department of Revenue Bankruptcy Section | $ 362.00 | $ 362.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses     $    15,778.70

Remaining Balance     $    56,811.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 232,338.07 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 24.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Heartland Bank Trust Company | $ 122,756.86 | $ 0.00 | $ 30,016.35 |
| 2 | Discover Bank | $ 15,186.59 | $ 0.00 | $ 3,713.41 |
| 3 | Quantum3 Group Llc As Agent For | $ 219.00 | $ 0.00 | $ 53.55 |
| 4 | Ecast Settlement Corporation | $ 13,261.92 | $ 0.00 | $ 3,242.79 |
| 5 | Capital One, N.A. | $ 1,001.28 | $ 0.00 | $ 244.83 |
| 6 | Cavalry Spv I, Llc | $ 3,935.38 | $ 0.00 | $ 962.27 |
| 7 | Ronald S Gargas | $ 23,198.05 | $ 0.00 | $ 5,672.36 |
| 8 | Lee H Russell | $ 10,831.48 | $ 0.00 | $ 2,648.50 |
| 9 | Steve A Sadowsky | $ 38,465.63 | $ 0.00 | $ 9,405.57 |
| 10 | Portfolio Recovery Associates, Llc | $ 3,481.88 | $ 0.00 | $ 851.37 |

Total to be paid to timely general unsecured creditors      $      56,811.00

Remaining Balance                                          $           0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE