**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | Case No. 16-38608 |
| **Leonard R Gargas** | Chapter 7 |
| Debtor. | Honorable Pamela S. Hollis |

**CERTIFICATE OF SERVICE**

       I, Cindy M. Johnson, an attorney, certify that I served true and correct copies of the Notice of Final Report to the debtor(s), the debtor(s) attorney, all parties in interest, and all creditors (listed on the below service list) via electronic service on those registered in the CM/ECF system and, for those not listed in the CM/ECF system, at the addresses listed, by placing them in envelopes, properly addressed, with proper postage prepaid, and depositing them in the United States Mail Chute at 140 S. Dearborn Street, Chicago, Illinois at or before 5:00 p.m. on November 30, 2018.

Cindy M. Johnson                                            /s/ Cindy M. Johnson
Chpater 7 Trustee
140 S. Dearborn St., Suite 1510
Chicago, IL 60603
312-345-1306

**SERVICE LIST**

**Electronic Mail Notice List**

- Carleen L Cignetto    cignettolaw@gmail.com, lcr67785@notify.bestcase.com
- Robert L Dawidiuk    rdawidiuk@collinslaw.com
- Cindy M. Johnson    cmjtrustee@jnlegal.net, cjohnson@ecf.epiqsystems.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- David C. Nelson    dcnelson@nelsonlawoffice.com, deanna.trejo@nelsonlawoffice.com; nlo6276706ecf@gmail.com;r59384@notify.bestcase.com
- Jordan Carl Olejniczak    jolejniczak@collinslaw.com

**Manual Notice (see attached service list)**

Bank Of America, N.a
4909 Savarese Cir
Tampa, FL 33634-2413

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Citibank
Citicorp Credit Srvs/Centralized Bankrup
Po Box 790040
Saint Louis, MO 63179-0040

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH  43054-3025

First Communications, LLC
Dept.  781115
Detroit, MI 48278-1115

Leonard R Gargas
23742 Plum Valley Drive
Crete, IL 60417-1779

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Kohls/Capital One
Po Box 3120
Milwaukee, WI 53201-3120

Lee Russell
1082 Creekside Court
Wheeling, IL 60090-5418

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA  98083-0788

TREG Development LLC
750 Center Road
Frankfort, IL 60423-1600

eCAST Settlement Corporation
P.O. Box 29262
New York, NY 10087-9262

Calvary Portfolio Services
500 Summit Lake Ste 400
Valhalla, NY 10595-2322

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595-2321

Courtyard Professionals Office Cent
7250 W College Drive
Unit #2NW
Palos Heights, IL 60463-1498

Discover Financial
Po Box 3025
New Albany, OH 43054-3025

First Savings Bank Of
13220 S Baltimore Ave
Chicago, IL 60633-1493

Heartland Bank
c/o Collins Law Firm, PC
1770 Park Street, Suite 200
Naperville, IL 60563-1245

JSD Management, Inc.
1283 College Park Drive
Dover, DE 19904-8713

LEE H RUSSELL
10004 W 190th PLACE
MOKENA, IL 60448-8752

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

RONALD S GARGAS
10224 Radcliffe Peak Avenue
Las Vegas, NV 89166-7125

Transnational Bankcard
9550 W Higgins Rd
8th Floor
Des Plaines, IL 60018-4958

Capital One / Carson
Attn: Bankruptcy Dept
Po Box 30258
Salt Lake City, UT 84130-0258

Chase
Attn: Correspondence Dept
Po Box 15298
Wilmingotn, DE 19850-5298

Robert L Dawidiuk
The Collins Law Firm
1770 Park Street, Suite 200
Naperville, IL 60563-5432

Elrabadi H. Naderh
111 W. WASHINGTON STREET SUITE 1900
Elrabadi Law
Chicago, IL 60602-2713

Frank A. Santilli
c/o Deborah Ebner, Trustee
P.O. Box 929
Glenview, IL 60025

Illinois Department of Revenue
Bankruptcy Section
PO Box 64338
Chicago, IL 60664-0291

Kohl's
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Alan D Lasko
Alan D Lasko & Associates Pc
205 W. Randolph Street
Chicago, IL 60606

Quantum3 Group LLC
P.O. Box 788
Kirkland, WA 98083-0788

Steve A Sadowsky
P.O. Box 120
Lansing, IL 60438-0120

Wintrust Weath Management
959 S. Waukegan Rd
Lake Forest, IL 60045-2654