# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**Honorable** Pamela S. Hollis

**Date** December 21, 2018

**Bankruptcy Case No.** 16 B 38608

**Adversary No.**

**Title of Case** Leonard R. Gargas

**Brief Statement of Motion** Trustee's Final report and Applications for Compensation by Cindy Johnson.   (#55, #56)

**Names and Addresses of moving counsel**

**Representing**

## ORDER

Leave given Objector Debbie Ebner to file Response in support on or before January 4, 2019.

All Replies in opposition to Objection are due on or before January 11, 2019.

Final Report is set for STATUS/POSSIBLE RULING on January 18, 2019 at 10:15 a.m., at Joliet City Hall, 150 W. Jefferson St., 2nd Floor, Joliet, IL 60432.

*/s/ Pamela S. Hollis*